UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JOYCE COURT,
Plaintiff, :

v. : Civil Action No.: 12-2396

FIRST ASSET RECOVERY LLC; :
JOHN DOE; :
JANE DOE, :
        Defendants. :

## AFFIDAVIT OF SERVICE

I, Robert P. Cocco, a competent adult and officer of the court duly authorized to practice law, being duly sworn, depose and state that I personally served by certified RRR U.S. mail, Defendant First Asset Recovery, at 184 Sweeney St., Suite 401, North Tonawanda, NY 14120 a copy of the Court's Order of July 11, 2012, with a copy plaintiff's Motion for Default Judgment with Attachments (see Ex. "A" attached).

                                                              Robert P. Cocco

Sworn to and subscribed
before me this 13th day
of July, 2012.

_Nancy A. Vargas_
Notary Public
My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Nancy A. Vargas Maynard, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 19, 2015

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   First Asset Recovery
   184 Sweeney St.
   Ste. 401
   North Tonawanda NY
   14120

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _Amy Woolem_ ☐ Agent ☐ Addressee
B. Received by (Printed Name): Amy Waschensky
C. Date of Delivery: 7-14
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7011 1570 0001 6221 7571

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M